**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TYNGSBORO SPORTS II SOLAR, LLC, and 201 OAK PEMBROKE SOLAR LLC, *individually and on behalf of all others similarly situated*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NATIONAL GRID USA SERVICES CO., INC. and MASSACHUSETTS ELECTRIC COMPANY, )<br><br>Defendants. ) | Civil Action No.  1:22-cv-11791 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT ON BEHALF OF NATIONAL GRID USA SERVICE COMPANY, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant National Grid USA Service Company, Inc., certifies as follows:  All of the outstanding shares of common stock of National Grid USA Service Company, Inc. are owned by National Grid USA.  All of the outstanding shares of common stock of National Grid USA are owned by National Grid North America Inc.  All of the outstanding shares of common stock of National Grid North America Inc. are owned by National Grid (US) Partner 1 Limited.  All of the outstanding ordinary shares of National Grid (US) Partner 1 Limited are owned by National Grid (US) Investments 4 Limited.  All of the outstanding ordinary shares of National Grid (US) Investments 4 Limited are owned by National Grid (US) Holdings Limited.  All of the outstanding ordinary shares of National Grid (US) Holdings Limited are owned by National Grid plc.  National Grid plc is a public limited company organized under the laws of England and Wales, with ordinary shares listed on the London Stock Exchange and American Depositary

1

Shares listed on the New York Stock Exchange.  No individual or publicly-held company directly owns more than 10% of National Grid plc's outstanding ordinary shares.

Respectfully submitted,

DEFENDANTS,
NATIONAL GRID USA SERVICES CO.,
INC. and MASSACHUSETTS ELECTRIC
COMPANY,

By their attorney,

*/s/ Michael K. Lane*
Michael K. Lane (BBO # 673501)
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, Massachusetts 02110
mlane@daypitney.com
T:  (617) 345-4624
Dated:  11/08/2022                              F:  (617) 716-2096

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Michael K. Lane*
Michael K. Lane

113098665.4