UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tyngsboro Sports II, LLC, et al.

    Plaintiffs

    v.                                      CIVIL ACTION 1:22-11791-RGS

National Grid USA Service Company, Inc., et al.

    Defendants

### JUDGMENT

STEARNS, D.J.

    In accordance with the court's Memorandum and Order [Dkt. # 43] entered on April 18, 2023, allowing defendants' Motion to Dismiss, it is hereby ORDERED:

    Judgment entered for defendants.

April 18, 2023
Date

By the court,
/s/ Arnold Pacho
Deputy Clerk